JASON JENSEN
919 N STONE AVE
APT 5305
TUCSON AZ 85705-7978

US POSTAGE PAID IMI
2025-09-11
85705
C7272225
Retail $2.72
5.0 OZ FLAT

easypost

0901000016945

RECEIVED
SEP 15 2025
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SANDRA DAY OCONNOR U.S. COURTHOUSE
ATTN: CLERK OF COURT - FILINGS
401 W WASHINGTON ST STE 130 SPC 1
PHOENIX AZ 85003-2105