**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Jason Adam Jensen | COURT CASE NUMBER<br>2:25-cv-03378-DJH |
| DEFENDANT<br>Best Western International Incorporated | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BEST WESTERN INTERNATIONAL INC C/O CORPORATION SERVICE COMPANY
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
7955 S Priest Dr., Suite 102, TEMPE, AZ, Maricopa, 85284, United States

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>JASON ADAM JENSEN<br>919 N STONE AVE #5305, TUCSON, AZ 85705 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***
This Serive of Process will be delivered to a corporation founded to receive it. I expect no issues. IN HOUSE COUNCIL:
Caroline Carmer Haspel | Corporate Counsel | Legal
BWH Hotels
6201 N. 24th Parkway | Phoenix | AZ | 85016-2033
602.957.5993 | bwh.com

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>402-598-1285 | DATE<br>7/30/2026 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS