Gmail

Jason Jensen <jasonajensen@gmail.com>

**USPS eReceipt**

1 message

**DoNotReply@ereceipt.usps.gov** <DoNotReply@ereceipt.usps.gov>
To: JASONAJENSEN@gmail.com

UNITED STATES POSTAL SERVICE ®

KINO RETAIL UNIT
3655 N ORACLE RD STE 101
TUCSON, AZ 85705-3210
www.usps.com
06/18/2026 04:54 PM

TRACKING NUMBERS
9589 0710 5270 3287 4640 50

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope<br>Phoenix, AZ 85003<br>Weight: 0 lb 2.80 oz<br>Estimated Delivery Date<br>Wed 06/24/2026 | 1 | | $2.17 |
| First-Class Mail® Large Envelope<br>Tempe, AZ 85284<br>Weight: 0 lb 5.80 oz<br>Estimated Delivery Date<br>Wed 06/24/2026 | 1 | | $3.00 |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 3287 4640 50 | | | $5.30 |
| Total | | | $8.30 |

Grand Total: $10.47

Credit Card Remit $10.47
Card Name: VISA
Account #: XXXXXXXXXXXX7211
Approval #: 125242
Transaction #: 794
AID: A0000000980840 Contactless
AL: US DEBIT

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

---------------------------------------------------------------------------

UFN: 038901-0734
Receipt #: 840-58520162-1-7270854-2
Clerk: 18

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.