**ALERT: WILDFIRES IN THE PACIFIC NORTHWEST AND FLOODING IN THE NORTHEAST REGIO…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703287464050

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:46 am on June 22, 2026 in TEMPE, AZ 85284.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

TEMPE, AZ 85284
June 22, 2026 8:46 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs