**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jason Adam Jensen,

Plaintiff,

v.

Best Western International Incorporated,

Defendant.

**Case No. CV-25-03378-PHX-DJH**

**Hon. Diane J. Humetewa**

**[PROPOSED] ORDER**

Before the Court is Plaintiff Jason Adam Jensen's Motion for Order Directing Service by United States Marshal, for Cost-Shifting Under Fed. R. Civ. P. 4(d)(2), and for Extension of Service Deadline. Having considered the motion and the record, and good cause appearing,

IT IS ORDERED that Plaintiff's motion is GRANTED as follows:

1. The United States Marshals Service shall serve the Summons and Complaint on Defendant Best Western International, Inc. through its statutory agent, Corporation Service Company, 7955 S Priest Dr., Suite 102, Tempe, AZ 85284, pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d).

2. The Clerk of Court shall issue the Summons if not already issued, and shall transmit the Summons, Complaint, and Form USM-285 to the United States Marshals Service for service.

3. Pursuant to Fed. R. Civ. P. 4(d)(2), Defendant Best Western International, Inc. shall bear the expenses later incurred by the United States Marshals Service in effecting service, in the amount assessed under 28 C.F.R. § 0.114 and 28 U.S.C. § 1921, and shall reimburse Plaintiff for any related service expenses he is required to advance.

4. The September 15, 2026 proof-of-service deadline set forth in the Court's Order Governing Proceedings (Doc. 13) is extended as to Defendant Best Western International, Inc. pending completion of service by the United States Marshals Service, and the Clerk of Court shall not apply Doc. 13's automatic-termination provision to Best Western International, Inc. while such service remains pending.

IT IS SO ORDERED.